# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1296
LT Case No. 59-2024-CJ-659-A

_____

T.B., a Child,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
John David Galluzzo, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant Public Defender, Daytona Beach, for Appellant.

No Appearance for Appellee.

March 26, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____